IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| In Re: | Case No.  10-10395-TMW |
|---|---|
| REISER, GARY LOUIS<br>REISER, PATRICIA VICTORIA | Chapter 7 |
| Debtors. | |

**PAYMENT OF FUNDS TO THE CLERK**
**PURSUANT TO BANKRUPTCY RULE 3010**

  ROBERT A. BROWN, Trustee of the above captioned bankruptcy matter, reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

  The following checks have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00.  Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Bankruptcy Rule 3010.

| **CLAIM NUMBER** | **CLAIMANT/ADDRESS** | **AMOUNT** |
|---|---|---|
| 000005 | Richard M. Albertson, M.D.<br>2120 West Elk, Ste. 6<br>Duncan, OK 73533 | $0.92 |

**TOTAL**    **$0.92**

DATED: June 6, 2011

  /s/ Robert A. Brown_____
  ROBERT A. BROWN, Trustee
  123 WEST 7TH AVENUE, SUITE 102
  STILLWATER, OK  74074
  405.377.8185
  bob@bobbrownattorney.com

| Claim 000005, Payment 1.84000% | BANK OF AMERICA, N.A. | CHECK NUMBER |
|---|---|---|
| Richard M. Albertson, M.D.<br>2120 West Elk, Ste. 6<br>Duncan, OK 73533 | ROBERT A. BROWN, TRUSTEE<br>123 WEST 7TH AVENUE, SUITE 102<br>STILLWATER, OK 74074 | 32-1/1110 TX 0 | 3007 |

DATE: 06/06/11   AMOUNT: ***********0.92

**1876388**

PAY TO THE ORDER OF:

| CASE NUMBER | ESTATE OF |
|---|---|
| 10-10395   TMW | Debtor: REISER, GARY LOUIS<br><s>Joint Debtor: REISER, PATRICIA VICTORIA</s> |

GRANT E PRICE
CLERK OF THE COURT
U S BANKRUPTCY COURT
215 DEAN A MCGEE AVE
OKLAHOMA CITY OK 73102

*Zero Dollars And 92/100*

[signature]

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈003007⑈ ⑆111000012⑆ ▆▆▆▆3255⑈

---

| Date: 06/06/11 | Check Number: 3007 | Amount: 0.92 |
|---|---|---|

Case Number: 10-10395   TMW
Debtor Name: REISER, GARY LOUIS
SSN: ▆▆-▆▆-9879

| Paid To: | GRANT E PRICE<br>CLERK OF THE COURT<br>U S BANKRUPTCY COURT<br>215 DEAN A MCGEE AVE<br>OKLAHOMA CITY OK 73102 | Trustee: | ROBERT A. BROWN, TRUSTEE<br>123 WEST 7TH AVENUE, SUITE 102<br>STILLWATER, OK 74074 |
|---|---|---|---|

Description:   Claim 000005, Payment 1.84000%   Richard M. Albertson, M.D.
2120 West Elk, Ste. 6
Duncan, OK 73533

Bank Account Number: ▆▆▆▆3255